# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TONYA M. MILLS, | ) | CASE NO. 1: 16 CV 1190 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | <u>ORDER ADOPTING</u> |
| | ) | <u>MAGISTRATE'S REPORT AND</u> |
| | ) | <u>RECOMMENDATION</u> |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge William H. Baughman, Jr.. The Report and Recommendation (ECF # 23), issued on July 27, 2017, is hereby ADOPTED by this Court. Plaintiff sought review of the Commissioner's decision denying her application for Disability Insurance Benefits and Supplemental Security Income under 42 U.S.C. § 405(g) and 42 U.S.C. § 1383, respectively. The Magistrate found that the ALJ, although acknowledging that Ms. Mills suffered from complex regional pain syndrome ("CRPS"), and that it is a severe impairment, did not properly analyze Ms. Mills' complaints of disabling pain stemming from her CPRPS. The Defendant has notified the Court that no objections will be filed. (ECF #25).

The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action*

*v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Report and Recommendation in its entirety, without objection.  The Commissioner's decision is reversed and remanded for further proceedings in accordance with this opinion.

    IT IS SO ORDERED.

                                                                                        /s/ Donald C. Nugent
                                                                                          DONALD C. NUGENT
                                                                           United States District Judge

    DATED:   September 14, 2017